```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    JUDITH A. HEINZ (Cal. Bar No. 176264)
 4  DEIRDRE Z. ELIOT (Cal. Bar No. 145007)
    Assistant United States Attorneys
 5  National Security Section
    1300 United States Courthouse
 6  312 North Spring Street
    Los Angeles, California 90012
 7  Telephone:      (213) 894-7280/(714) 338-3599
    Facsimile:      (213) 894-6436
 8  E-mail:    judith.heinz@usdoj.gov
               deirdre.eliot@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

ORIGINAL

FILED OCT 18 2013 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SINH VINH NGO NGUYEN, aka<br>"Hasan Abu Omar Ghannoum,"<br><br>Defendant. | No. CR 13-0736-JFW<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENTS<br><br>[UNDER SEAL] |

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
DEIRDRE Z. ELIOT (Cal. Bar No. 145007)
Assistant United States Attorneys
National Security Section
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:     (213) 894-7280/(714) 338-3599
Facsimile:     (213) 894-6436
E-mail:    judith.heinz@usdoj.gov
           deirdre.eliot@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK U.S. DISTRICT COURT
OCT 18 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 13-0736-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS |
| v. | [UNDER SEAL] |
| SINH VINH NGO NGUYEN, aka "Hasan Abu Omar Ghannoum," | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED. The documents sought to be filed under seal and the government's ex parte application for sealed filing shall both be

//

//

//

filed under seal. The government may produce the underlying documents as permitted or required by applicable law.

IT IS SO ORDERED.

10/18/13
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
JUDITH A. HEINZ
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I, **CAREY P. CRONIN**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

[PROPOSED] ORDER SEALING DOCUMENTS

[UNDER SEAL]

| | |
|---|---|
| [X] Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [] Placed in a sealed envelope, for collection and mailing via United States Mail, addressed as follows: |
| [] By hand deliver addressed as follows: | [] By facsimile as follows: |
| [ ] E-MAIL | [] By federal express as follows: |

Yasmin Cader
321 East Second Street
Los Angeles, CA 90012

This Certificate is executed on **October 18, 2013** at Los Angeles, California
I certify under penalty of perjury that the foregoing is true and correct

_____
CAREY P. CRONIN