1  SEAN K. KENNEDY (No. 145632)
   Federal Public Defender
2  (E-mail: Sean_Kennedy@fd.org)
   ASHFAQ G. CHOWDHURY (No. 243763)
3  Deputy Federal Public Defender
   (E-mail: Ron_Chowdhury@fd.org)
4  321 East 2nd Street
   Los Angeles, California  90012-4202
5  Telephone (213) 894-1456
   Facsimile (213) 894-0081
6

7  Attorneys for Defendant
   SINH VINH NGO NGUYEN
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

13  UNITED STATES OF AMERICA,       )   NO. CR 13-736-JFW
                                    )
14              Plaintiff,          )   NOTICE OF APPEARANCE
                                    )
15       v.                         )
                                    )
16  SIN VINH NGO NGUYEN,            )
                                    )
17              Defendant.          )
                                    )
18  _____)

19       Notice is hereby given that Deputy Federal Public Defender Ashfaq G.
20  Chowdhury is co-counsel in the above-entitled case.
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1    Please make all necessary entries to the Court's Case Management/Electronic
2    Case Filing System to accurately reflect this attorney addition and to ensure that
3    Deputy Federal Public Defender Ashfaq G. Chowdhury also receives all notifications
4    relating to filings in this case.

                          Respectfully submitted,

                          SEAN K. KENNEDY
                          Federal Public Defender

DATED: October 28, 2013            By */S/ Ashfaq G. Chowdhury*
                          ASHFAQ G. CHOWDHURY
                          Deputy Federal Public Defender