ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JUDITH A. HEINZ (Cal. Bar No. 176264)
DEIRDRE Z. ELIOT (Cal. Bar No. 145007)
Assistant United States Attorneys
National Security Section
1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:     (213) 894-7280/(714) 338-3599
Facsimile:     (213) 894-6436
E-mail:   judith.heinz@usdoj.gov
          deirdre.eliot@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>SINH VINH NGO NGUYEN, aka<br>"Hasan Abu Omar Ghannoum,"<br><br>              Defendant. | No. CR 13-0736-JFW<br><br>GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION TO GOVERNMENT'S SUPPLEMENTAL NOTICE OF INTENT TO INVOKE CIPA |

The government responds briefly to defendant's "Objection to Government's Submission Pursuant to Section 4 of the Classified Information Procedures Act." On October 25, 2013, the government filed, and gave public notice that it filed, a classified, in camera, ex parte filing, titled "Government's Supplemental Notice of Intent to Invoke Classified Information Procedures Act." As the title indicates, as the Court knows, and as the government believes it advised defense counsel, the October 25, 2013 classified filing did not ask the Court to delete any classified information from discovery

pursuant to CIPA Section 4.  Accordingly, the government believes defendant's "Objection to Government's Submission Pursuant to Section 4 of the Classified Information Procedures Act" is moot.

Dated:  October 30, 2013          Respectfully submitted,

                                          ANDRÉ BIROTTE JR.
                                          United States Attorney

                                          ROBERT E. DUGDALE
                                          Assistant United States Attorney
                                          Chief, Criminal Division


                                           _____/S/_____
                                          JUDITH A. HEINZ
                                          Assistant United States Attorney

                                          Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA