```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                          ---

 4              THE HONORABLE JOHN F. WALTER

 5          UNITED STATES DISTRICT JUDGE PRESIDING

 6

 7    United States of America,        )

 8                    Plaintiff,       )

 9                                     )

10    vs.                             )   Case No. CR 13-736-JFW

11                                     )

12    Sinh Vinh Ngo Nguyen,            )

13                    Defendant.       )

14    _____ )

15

16

17            REPORTER'S TRANSCRIPT OF PROCEEDINGS

18          Hearing on Continuance for New Trial

19                 Los Angeles, California

20             Wednesday, November 6, 2013

21

22    Pamela A. Batalo, CSR, FCRR, RMR
      Official Reporter
23    Roybal Federal Building
      255 East Temple Street
24    Room 181-I
      Los Angeles, California  90012
25    (213) 687-0446
```

```
 1   APPEARANCES:

 2

 3     FOR THE GOVERNMENT:      OFFICE OF THE UNITED STATES ATTORNEY

 4                             BY:  JUDITH A. HEINZ

 5                                  ASSISTANT UNITED STATES ATTORNEY

 6                             312 N. SPRING STREET

 7                             LOS ANGELES, CA 9012

 8

 9     FOR DEFENDANT:          OFFICE OF THE FEDERAL PUBLIC DEFENDER

10                             BY:  YASMIN CADER

11                                  DEPUTY FEDERAL PUBLIC DEFENDER

12                                  ASHFAQ G. CHOWDHURY

13                                  DEPUTY FEDERAL PUBLIC DEFENDER

14                             321 E. SECOND STREET

15                             LOS ANGELES, CA 90012

16

17

18     ALSO PRESENT:           AGENT CHARLES CIVILETTO

19

20

21

22

23

24

25
```

1              Los Angeles, California, Wednesday, November 6, 2013

2                               11:00 a.m.

3                                 -oOo-

4              THE CLERK:  Calling CR 13-736-JFW, *United States of*

5      *America vs. Sinh Vinh Ngo Nguyen*.

6              Counsel, please state your appearance.

7              MS. HEINZ:  Good morning, your Honor.  Judith Heinz on

8      behalf of United States.  With me at counsel table is Special

9      Agent Charles Civiletto of the Federal Bureau of Investigation.

10             MS. CADER:  Good morning, your Honor.  Yasmin Cader on

11     behalf of Mr. Nguyen.  Also at counsel table is attorney Ron

12     Chowdhury, who has joined us as co-counsel in this case.

13             THE COURT:  All right.  Good morning to all.

14             This matter is on the Court's calendar for a hearing

15     on the Stipulation Regarding Request for Continuance of Trial

16     that was filed on October 30th, 2013.  It appears as Document

17     No. 29.

18             I reviewed the stipulation, but without further input

19     or information from counsel, I was not inclined to sign the

20     stipulation, so we put on calendar this morning a hearing so I

21     could have a better idea from counsel as to the status of the

22     case, especially with respect to the discovery in the case.

23             On October 21st, I conducted the initial Trial Setting

24     Conference in this case and issued a Criminal Trial Order which

25     set a trial date of December 3rd and various pretrial --

1   deadline to file pretrial motions.

2          And at the hearing, I recognized that the case may

3   require some additional time to prepare and that there might be

4   a request to continue the trial date, as well as the pretrial

5   deadlines that the Court set.  However, I thought I expressed my

6   intent to counsel that this case be tried by the end of the

7   year.

8          This proposed trial date of April 1st, 2014, is

9   certainly inconsistent with that; but nonetheless, I want to

10  discuss with counsel today the various filings that have been

11  made.

12         In addition to the information provided in the

13  stipulation that I referred to, Document No. 29, I've also

14  received two other documents in connection with the hearing

15  today.  One is the Government's Supplemental Notice of Intent to

16  Invoke Classified Information Procedures Act, which was filed in

17  camera ex parte and under seal on October 25, 2013.

18         The other pleading was filed by counsel for the

19  defendant, and that was a Declaration of Counsel in Support of

20  the Stipulation.  That was filed on October 31st, 2013.  And

21  that document was filed in camera.

22         And have you looked at this document?

23         MS. CADER:  I have, your Honor, and I apologize.  I

24  see that there was misnumbering.  I take full responsibility for

25  that.  I had some --

```
1              THE COURT:  It wasn't paginated.  The paragraph

2    numbers are -- I think that I've been able to piece it together,

3    but really, in future filings, you need to take a closer look

4    before they're filed because it was --

5              MS. CADER:  I understand.

6              THE COURT:  It was very difficult to follow.

7              MS. CADER:  I apologize for that, your Honor.

8              THE COURT:  I also have seen on the docket this

9    morning there was another document that was on the docket, and

10   that was filed on November 5th, 2013.  It appears as Document

11   No. 36, but, of course, since I guess I'm a member of the

12   public, my view is also -- I'm not able to look at it from the

13   docket, and I have no courtesy copy so I have no idea what this

14   document is.

15             Is this something that was filed by the Defense or by

16   the Government?

17             MS. HEINZ:  Your Honor, the Government didn't file

18   anything yesterday.

19             MS. CADER:  Nor did we, your Honor.

20             THE COURT:  We have a mysterious --

21             MS. CADER:  Well, we did file the issue in regards to

22   the CIPA motion, your Honor, which was filed and the Government

23   replied to that, but that was last -- I don't believe that

24   was -- that wasn't yesterday.  That was last week.

25             THE COURT:  All right.  Well, I guess it will -- the
```

```
1    problem is if you do file things under seal, I need to have
2    courtesy copies delivered immediately, especially if there's a
3    hearing, because by the time the clerk's office brings the
4    documents up to the Court, it's sometimes several days, and I
5    need to see these documents sooner than later.  So I --
6             MS. CADER:  We didn't file anything, other than the
7    one declaration under seal, your Honor.  That's all that we
8    filed under seal.
9    (The Court and the Courtroom Deputy Clerk confer off the record)
10            THE COURT:  Shannon advises me that she is going to
11   look into it.
12            THE CLERK:  Is that what I said?
13            THE COURT:  That's how I interpreted what you said.
14            All right.  Those are the two pleadings I have and I
15   have reviewed in connection with the hearing today.
16            So the first question that I have is why the
17   Government has filed a Supplemental Notice of Intent under seal
18   ex parte when the original Government's Notice of Intent to
19   Invoke the Classified Information Procedures Act, which was
20   filed on October 16th, 2013, as Document No. 6 was filed on the
21   public record?
22            MS. HEINZ:  Yes, your Honor.
23            Two reasons:  No. 1, because the supplemental notice
24   contained classified information and could not be filed in the
25   public record; and secondly, because after reading your Honor's
```

```
1   Criminal Trial Order, I know that your Honor wants very specific
2   information to support a request for a continuance of a trial
3   date, and so the Government believed that -- by providing
4   certain specific information to your Honor that itself was
5   classified could assist your Honor in evaluating that request.
6           THE COURT:  Well, as I understand the original Notice
7   of Intent -- and correct me if I'm wrong -- the Government in
8   that -- in its original notice advised the Court during the
9   course of the Trial Setting Conference that it did not intend to
10  offer any -- let me make sure I have it accurate here -- in the
11  original filing at page 2 -- and I'm reading from Document
12  No. 6 -- the Government does not intend to offer into evidence
13  or otherwise use against the defendant any information obtained
14  or derived from any, if any, electronic surveillance or physical
15  searches conducted pursuant to Foreign Intelligence Surveillance
16  Act of 1978 as amended in the proceedings in this case.  Thus,
17  the Government will not be serving a notice under Title 50 of
18  the United States Code Section 1806(c) and 1825(d).
19          So has there been a change from that?
20          MS. HEINZ:  No, your Honor, there has not been a
21  change from that, but the Government -- the Government wanted
22  to -- first of all, wanted to inform your Honor that it
23  anticipates and it fully expects that it will be filing filings
24  with your Honor pursuant to CIPA, the Classified Information
25  Procedures Act; and secondly, as the Government expressed in its
```

1    supplemental notice, the Government believes that there is

2    classified information here that pertains to this case which the

3    Government expects it will need to bring to your Honor's

4    attention under CIPA.  And in order to accomplish that, the

5    Government, quite frankly, needs additional time to do that.

6          THE COURT:  But you indicate that that was supposed to

7    be in the supplemental notice.

8          The problem I have with the showing is there is no

9    benchmarks as to any of these items.  Counsel are all over the

10    lot with respect to *we need to do this, we need to have this, we*

11    *need to do this, we need to have that,* but there are no dates.

12          And one of my purposes today is to properly manage

13    this case and make sure that everybody is having sufficient

14    opportunity to do what they need to represent their respective

15    clients in this case.  But I'm not going to do it based upon

16    this showing, which I find totally unsatisfactory in terms of my

17    ability to keep control over the management of this case.

18          So I'm not inclined just simply to sign a stipulation

19    continuing all the dates and then having you come back in here

20    on April -- in a few months saying *we need another continuance*

21    because if I do grant a continuance, which I obviously am going

22    to do, it's going to be for dates that are going to be certain.

23    They're not going to be continued again.  So that's the purpose

24    of spending the time going through this.

25          So the first additional question that I have is the

1   issues that you raise with respect to the CIPA filings relate to

2   discovery issues; correct?

3           MS. HEINZ:  Yes, your Honor.

4           THE COURT:  And I just want to make sure that I

5   understand the Government's representation, that there is no

6   classified information that the Government intends to offer at

7   the trial.

8           MS. HEINZ:  That is correct, your Honor.

9           THE COURT:  So we are dealing with discovery-types of

10  information.

11          MS. HEINZ:  Yes, your Honor.

12          THE COURT:  Then the question that I have is the video

13  and audio recordings that we talked about on October 21st, based

14  upon what -- I went back and looked at the reporter's notes of

15  the hearing.  The representation was that all of those many

16  hours of video and audio had been transcribed, except for three

17  transcripts, which were going to be completed within a week of

18  the October 21st Trial Setting Conference.

19          But I see from the stipulation that it doesn't appear

20  that all of those materials have been transcribed or produced to

21  the defendants.

22          MS. HEINZ:  Your Honor, they have been transcribed.

23  They have not been produced because many of them are still

24  classified and they have to go through a process to be

25  declassified, and that process is continuing.

```
1              THE COURT:  Why didn't you tell me that at the time of

2    the October 21st Trial Setting Conference because it was my

3    understanding that within a week, the Defense was going to have

4    all of the audio and video recordings of these 50 hours so they

5    could commence investigating and preparing a case for motions or

6    for trial.  And so now you're telling me that there is going to

7    be a delay turning those materials over because certain of the

8    information is classified?

9              MS. HEINZ:  I apologize, your Honor.  I was responding

10   to your Honor's questions, and I should have had the foresight

11   to have told your Honor that the material was classified and

12   needed to be declassified.  I apologize for not having that

13   foresight.

14             But the bottom line is much of it has been

15   declassified and has been produced in discovery, but some of it

16   still has not yet been declassified, and that has to be done

17   before it can be produced in discovery.

18             THE COURT:  And when is that going to be accomplished

19   by?

20             MS. HEINZ:  Your Honor, I don't know.

21             THE COURT:  That's my purpose in having this hearing.

22   I need to know, so whomever it is that's responsible for making

23   those decisions and putting people on the case in order to make

24   that determination needs to be here.  I'm going to solve that in

25   a minute.  But no more of this *I don't know when it's going to*
```

1  *be done* because the Defense has -- especially with respect to

2  these 50 hours of audio and video.  They need to have all of

3  that information in order to even commence preparing a defense

4  in this case or motions.

5          And here we are, November 6th; I'm thinking that as of

6  October 27th, the Defense has all the information with respect

7  to that 50 hours of evidence and they're busily preparing

8  whatever they are going to prepare.  And so I find out, not in

9  any clear way but reading between the lines, that that

10  information hasn't been produced.

11          MS. HEINZ:  Special Agent Civiletto has informed me

12  that it will take approximately two weeks to complete the

13  declassification of the transcripts.

14          THE COURT:  How many -- does anybody have any -- well,

15  I'm going to solve that at the end of the hearing because you're

16  going -- I'm going to have counsel meet and confer, and you're

17  going to do a Joint Statement so I know exactly what we're

18  talking about in terms of the identity of these matters.

19          All right.  So then the other item of discovery is the

20  audio and videotape of the defendant's post-arrest statements,

21  which, according to my notes, was approximately an hour, hour

22  and a half.

23          Am I correct that the audio and videotaped session of

24  the defendant's statements has been produced and that the only

25  thing the Government is trying to do is to prepare or make a

1    better copy of it?

2              MS. HEINZ:  It has been produced, your Honor, but the

3    audio is poor, and so the FBI is attempting to make that audio

4    better so that it can be more easily heard.

5              THE COURT:  All right.  And when is that going to be

6    accomplished?

7              MS. HEINZ:  We believe it's been completed, and I

8    should have it out, produced to the Defense this week.

9              THE COURT:  All right.  Then we have -- the affidavit

10   to the search warrant, according to my memory and my notes, has

11   been produced to the Defense; correct?

12             MS. HEINZ:  Yes, your Honor.

13             THE COURT:  The Defense has it?

14             MS. CADER:  Yes, your Honor.

15             THE COURT:  All right.  Then there was, during the

16   course of the Trial Setting Conference, discussion about various

17   Facebook pages or videos that appeared on the defendant's

18   Facebook account.  Have those been produced?

19             MS. HEINZ:  Facebook material has been produced.

20   There is -- from my understanding, there is additional Facebook

21   material that may or may not be duplicative of what has already

22   been produced, and the Government would expect that that would

23   be produced within the next week.

24             THE COURT:  All right.  And I haven't gone back and

25   looked, but there apparently are a number of items that were

seized from the defendant on the date of his arrest:  The

backpack, the suitcase, the fake passport, flight itinerary, and

there was another category -- and I don't know where I got this

from -- all documents in evidence the defendant gave to the

undercover FBI agent, and there was a hard drive and I believe a

cell phone.

Is that exhaustive of the list of items that were

seized from the defendant at the time of his arrest?

MS. HEINZ:  I believe so, your Honor.

THE COURT:  And are --

MS. HEINZ:  The copies of the documents that were

seized from the defendant have been produced in discovery.

Things like the suitcase and the clothes are available for

defendant's inspection.

With respect to the hard drive that was seized from

defendant, it has been examined.  It contains 1 terabyte of

material, all of which is relevant, and it comprises 187 videos,

which are training videos for firearms and shooting and which

will take a while to review, I'm sure, for the Defense.

So we are prepared to produce that in discovery once

we receive a blank hard drive and one size 1 terabyte from the

Defense.

The phone, the Samsung phone, has been examined and

that -- the contents have been produced to the Defense.

THE COURT:  So what's the delay in providing the hard

1    drive?

2              MS. HEINZ:  I need -- the Government needs a blank

3    hard drive, your Honor, in order to load the material onto it.

4              MS. CADER:  That's the first time that this has been

5    requested of us.  We were told that it wasn't available yet, but

6    now that it is, we can provide that hard drive today.

7              THE COURT:  All right.  And then there are other items

8    of evidence that, according to the Trial Setting Conference,

9    were seized pursuant to the search of the residence.  There was

10   some swords, axes, hatchets, and then there were eight

11   computers, four phones, and four gaming devices.  What is the

12   status of those items?

13             MS. HEINZ:  Well, the weapons are available for the

14   defendant's inspection.

15             With respect to the digital devices, there are five

16   digital devices -- two PlayStations, one phone, one iPod, and

17   one computer -- that have been examined, and the Government is

18   ready to return those to the family.

19             And with respect to the remaining approximately four

20   computers, they are still be examined.

21             THE COURT:  And when will that examination be

22   complete?

23             MS. HEINZ:  Approximately two weeks, your Honor.

24             THE COURT:  And are those available to have the

25   Defense deliver a blank hard drive so they can copy them?

1          MS. HEINZ:  Not at this point, your Honor.  I think we

2     would anticipate that probably the data that is on those is

3     probably a lot more manageable, and we may be able to produce

4     that in disks or other format and won't require an entire hard

5     drive.  But I won't know the answer to that until they've been

6     fully examined.

7          THE COURT:  All right.  What I'm going to order is the

8     following:

9          I'm going to order counsel to personally meet and

10    confer.  We're not going to have an exchange of emails.  And as

11    to all of the non-classified information -- non-classified

12    discovery, the Government is going to identify each item of

13    discovery, and if it can be placed into groups, I have no

14    problem with that.  And it's going to be disclosed to the

15    Defense and discussed with the Defense.

16         And then the parties are going to prepare a Joint

17    Report, and for each item of non-classified discovery that's

18    going to be included in the report, I want an identification of

19    the item; I want an indication as to whether or not it has been

20    produced; if so, the date of production; and if it hasn't been

21    produced, when it will be produced; and if it's not going to be

22    produced within 10 days of the date of the Meet and Confer, why

23    it's going to take more than 10 days.  And I want the Government

24    to indicate what efforts it has made to speed up the disclosure.

25         As far as the Defense's part of that Joint Report, if

1    there are any issues with respect to each or any of the items of

2    discovery, such as it's not legible, you don't have pages, there

3    are pages that are missing, then that should be included in the

4    Joint Report.  But if the discovery that has been produced is,

5    in the eyes of the Defense, satisfactory or sufficient, then the

6    defendant shall include a statement in the Joint Report that it

7    has no issues with respect to the production.

8         So that way I will know exactly what it is that's out

9    there, what's been produced, and what's not been produced, and

10   the timetable under which it is going to be produced.

11        During that same Meet and Confer, I understand that

12   the Defense, based upon its filing, has certain issues or have

13   made or are about to make certain requests of the Government to

14   produce certain items, and I'm specifically referring now to

15   Facebook issues, as well as others that are mentioned.

16        I'm not going to breach the in camera filing, but to

17   the extent that the Defense has additional requests of the

18   Government to produce items that they believe are appropriately

19   discoverable during the meet-and-confer process, they should

20   advise the Government what those items are, and then the

21   Government can, in the Joint Report, in their section of the

22   Joint Report, as to those items indicate whether or not they

23   believe they're discoverable or they're not going to produce

24   them or they are going to produce them, and what the issues are

25   with respect to those items.  That, in my view, will obviate any

1    discovery motions in this case.

2         To the extent that the Government indicates that

3    they're not going to produce a particular item, obviously if

4    it's in the possession of a third party that the Government

5    doesn't have any control over and they are not obligated under

6    the law to produce, I'm sure the Government will assist the

7    Defense, but the Defense is perfectly capable of issuing

8    subpoenas to any third parties that it believes have possession

9    of relevant material in connection with the defense.

10        So this exercise in the Joint Report gives the Defense

11   an opportunity to determine what the Government will and will

12   not assist, and to the extent that there -- if you want to file

13   a motion, you can file a motion, but don't hold off serving

14   third-party subpoenas because you think you're going to prevail

15   on a Motion to Compel Discovery because if it's available to you

16   through a third-party subpoena, that's the way you're going to

17   get the materials.  We're not going to spend an enormous amount

18   of time in discovery -- we're not going to have any discovery

19   motions in this case.

20        All right.  Then with respect to the classified

21   information, the Government is going to -- obviously it's not

22   going to be a Joint Report, but it is going to, in an additional

23   filing, advise the Court exactly what we're talking about in

24   terms of classified versus non-classified information or now, as

25   I understand it, certain information -- I can't imagine how the

1  audio and video of the 50 hours of conversations between the

2  defendant and the undercover can possibly be classified.

3          Can you enlighten me as to that?

4          MS. HEINZ:  Your Honor, I'm not the classifying

5  authority and the United States Attorney's Office isn't the

6  classifying authority.  The classifying authority classified it

7  and --

8          THE COURT:  Who's the classifying authority?  Is there

9  a person, or are we just dealing with some super government --

10  who is it?

11          MS. HEINZ:  The classifying authority would have

12  been -- I don't know the name of the person at the Federal

13  Bureau of Investigation, so -- I don't know the name of the

14  person at the Federal Bureau of Investigation who is the

15  classifying authority, but that is the agency.

16          THE COURT:  So what is this person -- what does this

17  he or she do?

18          MS. HEINZ:  He or she makes a determination about

19  whether or not material should be classified.

20          THE COURT:  And this person is located in Washington,

21  D.C.?

22          MS. HEINZ:  Yes, your Honor.

23          THE COURT:  And this person now has possession of all

24  of the 50 hours of audio and video of the undercover discussions

25  and discussions with the confidential informant and the

```
 1   defendant?
 2            MS. HEINZ:  No, not exactly, because some of those
 3   have been declassified, your Honor.
 4            THE COURT:  Okay.  The remaining items that the
 5   Government is now looking at -- apparently this person who sits
 6   in Washington somewhere and sits there and makes a determination
 7   as to whether or not there is any remaining classified
 8   information on any of those recordings -- does that person have
 9   all of those recordings, both audio and video, necessary to make
10   that determination?
11            MS. HEINZ:  Yes, your Honor.
12            THE COURT:  And when is that determination going to be
13   made?
14            MS. HEINZ:  I'm sorry, your Honor.  Because it's not
15   mine to be made, I don't know exactly --
16            THE COURT:  It's not a question of yours to be made.
17   You represent the United States government.  You have an FBI
18   agent here.  This person is not a mystery.  And what I'm going
19   to do is I'm going to order that person to come to every hearing
20   from now on unless you have some realtime information with
21   respect to how long it's going to take to accomplish things
22   because I'll make an order that by next Friday, it all be done
23   and turned over, whatever is non-classified -- turned over to
24   the Defense, if that's the way you want to proceed.
25            I'm trying to give everybody an opportunity to prepare
```

1    their case, but I'm not going to sit here and have these dates

2    floating around.  If that person needs to be here, then for all

3    future hearings, that person will be here.

4         MS. HEINZ:  I understand, your Honor.  Could I confer

5    one second?

6         THE COURT:  Sure.

7         (Ms. Heinz and Agent Civiletto confer off the record)

8         MS. HEINZ:  The transcripts and the recordings should

9    be declassified within the next two weeks.

10        THE COURT:  Well, that's not good enough.  It's going

11   to have to be done quicker.

12        MS. HEINZ:  By a week from Friday.

13        THE COURT:  Which is?  The 15th?

14        MS. HEINZ:  It would be the 15th, your Honor.

15        THE COURT:  All right.  And what other -- well, that's

16   the purpose of the report that the Government is going to file

17   with respect to identifying for me what the potential -- the

18   identity of the potential classified information is, and

19   similarly as we just went through, the 50 hours of audio and

20   video, when this classifying person from the FBI is going to

21   make the determination as to each of the items that you're going

22   to specifically set forth in this Joint Report, when that

23   decision is going to be made with respect to whether or not it's

24   going to continue to be classified or not classified so I can

25   have an idea then of what it is that we're talking about that is

1   going to remain classified.

2          With respect to the other issues that -- the problem I

3   have with the supplemental notice is when -- what I want to

4   avoid in any future filings is generalizations in terms of the

5   unpredictable time that it will take to do certain things.  It's

6   not unpredictable.  If there is an estimate, then I need an

7   estimate.  And if I don't agree with the estimate, then at the

8   next hearing, I'm going to say that the estimate is not

9   acceptable and that it's going to be done by a certain date and

10  I'm going to enter such an order.

11         But this wait and see about it may happen, it may not

12  happen, it's unpredictable, it's not unpredictable, it's likely

13  to do this, it's likely to do that, doesn't do anything for my

14  ability to make any determinations in terms of dates that I

15  should set in this case.

16         So that's the purpose of what I'm trying to do.  I'm

17  trying to make sure that everybody has adequate time to do

18  what's necessary in this case, but I'm not going to, until I get

19  a better comfort level, rely simply on counsel's generalizations

20  that let's try April 1st for a trial date.  And as I said,

21  what's going to happen is as it gets close to April, you are

22  going to be running in here saying *I don't have this* or *I do*

23  *have that,* and we're going to eliminate all that by this

24  procedure.

25         And the final item, as best I could -- this is

 1  directed to the Defense.

 2          As I was able to piece together, we talked about

 3  third-party issues.  They shouldn't wait.  It seemed to me that

 4  there were a lot of issues that -- and I appreciate your putting

 5  them in the report, but there are a lot of issues that had

 6  nothing to do with the defense of the case, and I'm specifically

 7  referring now to Paragraph 2 and Paragraph 2(1), that those

 8  issues had nothing to do with the defense of the case, but

 9  they're more sentencing issues.  And if that's not accurate, I

10  am going to need from the Defense a statement or something that

11  there are no issues with respect to your client's competence to

12  stand trial.

13          MS. CADER:  I understand, your Honor, and we will

14  provide the Court -- I'm sorry -- we will provide the Court with

15  that analysis when we're able to have it.  At this time, we do

16  not believe that that is an issue.

17          THE COURT:  All right.

18          MS. CADER:  I can say that, your Honor.

19          THE COURT:  Because if it's going to be an issue, we

20  need to deal with that issue immediately.

21          MS. CADER:  I understand, your Honor.

22          THE COURT:  And there are provisions to deal with that

23  issue.

24          MS. CADER:  I understand.

25          THE COURT:  So as of today, you're representing to me

1  that there is no issue with respect to your client's competence

2  to stand trial.

3          MS. CADER:  As of today I am representing that.

4          THE COURT:  As soon as there is an issue, you will --

5          MS. CADER:  Of course.

6          THE COURT:  Okay.

7          All right.  The final item that you're going to

8  include in the Joint Report is an identification of the motions

9  that you intend to file in this case, and you're going to

10 discuss those motions and then you're going to set out a

11 schedule for the filing of those motions and oppositions to

12 those motions.  We're not going to wait until the end of the

13 case to file all the motions.

14          There are certain motions that are referred to that I

15 understand the Defense is investigating as to whether or not it

16 intends to file in this case.  Most of -- I shouldn't say *most*

17 *of*, but those motions that are referenced in, for example,

18 Paragraph 6, the one motion is not going to be necessary based

19 on the Joint Report, but the other motions, it seems to me, are

20 motions that can be filed very early in the case rather than

21 waiting until immediately before trial, because to the extent

22 that any of those motions are case dispositive, we need to have

23 those heard before everybody incurs enormous time and expense in

24 preparing the case for trial.

25          So in your Joint Report, there shall be a section that

 1    includes the motions that the Defense reasonably expects to file

 2    in this case, and at that point in time, you can meet and confer

 3    in terms of trying to resolve any of those motions, and to the

 4    extent they can be resolved, then obviously you can indicate in

 5    the Joint Report that those motions won't be necessary.

 6              But to the extent that you're going to pursue those

 7    motions, a briefing schedule that gives you an opportunity to

 8    prepare the motions, gives the Government an opportunity to

 9    respond, and then a proposed hearing date for those motions.

10    And as I said, you want to get those motions filed and heard and

11    resolved at the earliest opportunity.

12              So does anybody have any questions about the nature of

13    what I'm looking for in terms of this Joint Report?

14              MS. CADER:  Your Honor, I believe I have -- I don't

15    have specific questions, but I would want to raise some issues

16    that I want to make sure should be appropriately placed in the

17    report.

18              THE COURT:  All right.

19              MS. CADER:  The first is that --

20              THE COURT:  Why don't you approach the lectern.

21              MS. CADER:  I apologize, your Honor.

22              The first is that in the transcripts of the

23    conversations, of which I believe we've received approximately

24    one-third of those conversations --

25              THE COURT:  This is the group of the 50 hours of audio

1    and video?

2        MS. CADER:  Yes.  So we've only received the

3    transcripts.  We have not yet received the audio, any of the

4    audio, but my understanding is that there is redactions in the

5    transcripts that are also reflected and are redacted in the

6    audio.  When we receive them, they will match.

7        And with our review thus far, we have -- we're making

8    a running log of our questions of some of those redactions that

9    don't seem to be -- they seem to be overly inclusive, and we've

10   raised this issue with the Government, and they have -- they

11   have indicated that when we do give them that information, which

12   we will do as soon as possible, your Honor, that it's not simply

13   an issue of unredacting for them to do, but that they need to go

14   back to their classifying personnel to discuss the redactions.

15       So that's something that I just wanted to make the

16   Court aware of that we will include in our Joint Report as part

17   of the process that we understand.

18       THE COURT:  Let me shortcut all of this.

19       Is it now my understanding that when you say that

20   you're producing the audio and video of the 50 -- and we'll call

21   it *the 50 hours*; I don't know how many hours there are -- and

22   that those -- those audio and video recordings have now been

23   reviewed by this person sitting in Washington, D.C., that there

24   are materials on there that are still, in the Government's view,

25   classified and therefore redacted?

```
 1              MS. HEINZ:  Yes, your Honor.

 2              THE COURT:  Well, you know, that's totally

 3    inconsistent.  Now, that's the third level -- so I'm thinking

 4    that the audio and video go to this individual, and the audio

 5    and video are then simply given to the Defense.  And now the

 6    Defense is telling me that there is classified information on

 7    there.

 8              MS. HEINZ:  There are, on the transcripts -- there are

 9    specific words, not a lot of them -- but there are specific

10    words that are redacted and that are considered still -- and the

11    transcripts are produced in the form, in the redacted form --

12    they're declassified that way and produced in discovery.

13              The Government has informed the Defense that it is

14    happy to sit down with the Defense and talk about different

15    small redactions that are in these transcripts and happy to work

16    that through with them.

17              But the Government -- it's true that if the Defense

18    wants something unredacted, the Government will have to -- the

19    prosecutor will have to go back to the FBI and say, *Can this be*

20    *unredacted or at least revealed to the Defense in some way* and I

21    will have to get an answer from the classification authority.

22              THE COURT:  Now, why would you ever think that the

23    Defense is going to accept a redacted document and not ask you

24    to do exactly what you just said, to go back to the Classified

25    Information Officer to unredact it?  I mean, there is no defense
```

1  lawyer in the world that is going to simply accept the

2  Government's redacted versions.

3          So knowing that, it would seem to me that you should

4  immediately have gone back to this person and said, *What are all*

5  *these redactions?  Are they really necessary?*

6          MS. HEINZ:  And, your Honor, I did go back with

7  respect to certain redactions and say, *I don't think this is*

8  *necessary* and talk to the classifying authority, and in some

9  cases, the classifying authority has lifted the redactions, and

10  we are producing revised transcripts.

11          But with respect to certain items there, I thought

12  that it was better -- and this is not a new discussion.  We've

13  been having a discussion with defense counsel about this.  I

14  thought that defense counsel should see those and should come

15  back and say, *Okay, I really need to know what's under this*

16  *small little piece of black here,* in which case then I can

17  address it with the classifying authority.

18          THE COURT:  Why wouldn't they want to see what's

19  underneath the redaction?

20          MS. HEINZ:  Well, in some cases, your Honor, it is a

21  completely irrelevant conversation that just simply happened to

22  get captured on the tape.

23          THE COURT:  Well, then it shouldn't be any problem

24  with the classifying officer if it's totally irrelevant.  I

25  mean, that's what I don't understand.  You can't -- all right.

```
 1   Well, then I guess I want this Joint Report done immediately.
 2           With respect to the redactions, I'm going to ask you
 3   to start the process with this Classified Information Officer
 4   and give that Classified Information Officer my view that none
 5   of these redactions, especially with respect to this 50 hours --
 6   I can't imagine why there's classified information on there, but
 7   to the extent there is, they better have a good reason, and they
 8   really need to go through those redacted transcripts with a view
 9   of providing -- obviously pursuant to a protective order or some
10   other vehicle -- the Defense with unredacted transcripts.  And
11   then I'll deal with that issue later on, and it's going to be in
12   the form of some kind of a Joint Report.
13           We're going to have to have a showing as to each of
14   those redacted items and then we're going to have the Classified
15   Information Officer out here making determinations, probably in
16   short order.
17           All right.  What else?
18           MS. CADER:  Your Honor, as --
19           THE COURT:  You know, in the future, will you please
20   let me know what we're dealing with and talking about in terms
21   of this discovery.  Each time I talk to you, I find a new level
22   of issues.  And my purpose is to set dates that are meaningful
23   dates, and I don't want to have this discussion again.
24           MS. HEINZ:  Yes, your Honor.  I will be happy to add
25   some more items after the defense counsel is finished.
```

MS. CADER:  Your Honor, as far as the Government's Notice of an Intent to File Materials Pursuant to Section 4 of CIPA, as the Court knows from our pleading regarding our objection to that, I guess, anticipated filing, one of our requests of the Government has been that we be -- start the process for security clearance for our team if -- so that if this issue, when they file this information, becomes relevant, we can have at least some level of clearance to be able to argue that we should be able to see it.

THE COURT:  Well, you don't need security clearance to argue that you should see it.  You're not going to see it.  It's going to come to me, and I'm going to make the determination that you're not entitled to be present during that examination, as I understand Section 4 -- and this is my first time with the Classified Procedures Act, but based upon what I read -- I don't know what to tell you in terms of -- you can apply on your own for a top secret clearance, can't you?  I mean, you don't need the Government.

MS. CADER:  We can apply for our team for clearance. I haven't looked into --

THE COURT:  Isn't there someone in your office that already has a clearance?

MS. CADER:  There likely is someone who has a clearance, your Honor.  I don't believe our office has dealt much with CIPA either, but I can look into that.

```
 1              THE COURT:  We're not going to delay the process of
 2    the trial for someone to get a top secret clearance.  You should
 3    have someone over in your office who has a top secret clearance
 4    who can be added on to this case to assist, if there is any
 5    ability to participate in these proceedings, and obviously if
 6    there is, there is a need for a top secret clearance.
 7              MS. CADER:  I'll make that determination --
 8              THE COURT:  I'm sure Mr. Kennedy has a top secret
 9    clearance because of his regal position as head of the Public
10    Defender's Office.  I know court reporters have top secret
11    clearance.
12              MS. CADER:  I will ascertain that, your Honor.  Just
13    wanted to -- because it's my first time dealing with CIPA as
14    well, I wanted to be clear about my -- about my filing in that I
15    think -- what the Government has represented is that it's
16    supplemental filing with the classified information, which it
17    filed in camera and ex parte, was not pursuant to Section 4.  It
18    was something separate from that.  I don't know --
19              THE COURT:  Well, there wasn't any classified
20    information in the filing.  It was simply an identification of
21    things that could possibly come to light and some attempts to
22    educate me in terms of how that's going to come about and when
23    it's going to come about.
24              MS. CADER:  I understand.  So then my --
25              THE COURT:  That's why I didn't understand and I
```

```
 1   started the hearing off with why wasn't it filed on the public
 2   record because I didn't view -- even though it has a red cover
 3   on it with SECRET on it, I --
 4             MS. CADER:  Then my motion was premature, your Honor.
 5             THE COURT:  I think so.
 6             MS. CADER:  So then it would just be relevant for if
 7   there are future Section 4 filings.
 8             THE COURT:  Right.  But in terms of the top secret
 9   clearance, I think you need to find somebody over in your office
10   who has -- I'm sure Mr. Iverson, after all his years of being in
11   the Public Defender's Office -- he is left, isn't he?  He's
12   still there?
13             MS. CADER:  He is still there, your Honor.
14             I will see, and we will make those representations in
15   the joint pleading to the Court.
16             THE COURT:  Okay.
17             MS. CADER:  And those are all the questions that I
18   had, your Honor.
19             THE COURT:  All right.  So then the question is when
20   we're going to get the Joint Report.
21             So my suggestion is that counsel meet and --
22   personally meet and confer by November 13th and file the Joint
23   Report by November 15th, and then we'll have a further hearing
24   the following week.
25             How is November 19th at 10:00 on counsel's calendars?
```

```
 1                MS. CADER:  The Court's indulgence.

 2                MS. HEINZ:  That's fine with the Government,

 3     your Honor.

 4                MS. CADER:  That's fine, your Honor.

 5                THE COURT:  All right.  So that will be the schedule.

 6           Is there something else the Government wants to add to

 7     educate me in terms of --

 8                MS. HEINZ:  Well, yes, your Honor.  I know this -- I

 9     thought that I -- we had covered this in the supplemental

10     filing, but I -- in -- to make sure that we brought to the

11     Court's attention where I think, you know, time problems happen

12     in these kind of cases, and they often happen when we get into

13     CIPA filings where the Government has to go to other agencies

14     who are not involved in the case and get information from them,

15     declarations from them to assist and attach to filings, and that

16     often takes time, your Honor.  It also takes time to review

17     classified information to be able to write the filings.

18           And beyond that, I really can't be more specific in

19     this arena.  I will try to be more specific in the classified

20     filing that your Honor has asked us to file.

21                THE COURT:  There are no dates in the supplemental

22     filing.  I mean, I've got *unpredictable*, *don't know*, and that's

23     just simply not going to be acceptable.  If it's going to take a

24     year, then tell me it's going to take a year and I'll deal with

25     it, but I'm not going to deal with unpredictability because, in
```

1   my view, it's all predictable because these are all human beings

2   who have jobs, they have functions, and they have other things

3   to do, and they have schedules.

4          And I'm not trying to be onerous, but I'm not going to

5   let this case just bounce along because somebody in Washington

6   isn't paying attention to what needs to be paid attention to.

7          And I'm not accusing or saying that that's true, but I

8   want to keep control over the management of this case so that we

9   can proceed in an orderly fashion and the Defense can have

10  everything they are entitled to, and both the Government and the

11  Defense can adequately prepare the case for trial, and then if

12  there is going to be a trial, to try the case.

13         But we're going to do it on my schedule and not on

14  counsel's schedules or some Classified Information Officer's

15  schedule.  I'm going to set the schedule.

16         So I need hard dates or estimates of hard dates in all

17  of the filings.  And especially this Joint Report.  Because the

18  next time we meet, I'm going to set dates, and those are going

19  to be the dates, and they're not going to change.  Because

20  April 1st, in my view, is unrealistic.  I mean, that I can tell

21  you right now is not going to happen based upon what I know of

22  the case.

23         All right.  Anything else?

24         MS. CADER:  No.  Thank you, your Honor.

25         MS. HEINZ:  Thank you, your Honor.

1          THE COURT:  All right.  Thank you very much.

2

3              (Proceedings adjourned at 11:57 a.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*CERTIFICATE OF OFFICIAL REPORTER*


*COUNTY OF LOS ANGELES )*
*                      )*
*STATE OF CALIFORNIA   )*



*        I, Pamela A. Batalo, Federal Official Realtime Court*
*Reporter, Registered Professional Reporter, in and for the*
*United States District Court for the Central District of*
*California, do hereby certify that pursuant to Section 753,*
*Title 18, United States Code, that the foregoing is a true and*
*correct transcript of the stenographically reported proceedings*
*held in the above-entitled matter and that the transcript page*
*format is in conformance with the regulations of the Judicial*
*Conference of the United States.*


*Date:  November 7, 2013*



*/s/ Pamela A. Batalo*
*Pamela A. Batalo, CSR No. 3593, FCRR, RMR*
*Federal Official Court Reporter*

United States District Court, Central District of California