IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

FEB - 9 2020

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, / <br> Plaintiff(s), / <br> / <br> v.  / <br> / <br> SINH VINH NGO NGUYEN / <br> BOP Inmate No, 66864-112 / <br> . Defendant. / <br> _____ / | Criminal Case No. 2:13-CR-00736-JFW |

## MOTION REQUESTING A JUDICIAL RECOMMENDATION CONCERNING LENGTH OF RRC/HALFWAY HOUSE PLACEMENT

COMES NOW, Defendant, Sinh Vinh Ngo Nguyen ("Mr. Nguyen"), pro se and unskilled in the field of law, respectfully moves this Honorable Court to recommend that the Bureau of Prisons ("BOP") afford the Defendant Residential Re-entry Center ("RRC") Halfway House placement time of 12 months preceeding the end of his sentence. In support thereof, Defendant states the following:

1. On June 30, 2014, Mr. Nguyen was sentenced by this court to a term of one hundred fifty-six (156) months imprisonment followed by a term of ten (10) years supervised release.

2. The court ordered Mr. Nguyen "remanded to the custody of the United States Marshal."

3. Pursuant to the Second Chance Act of 2007 ("SCA"), the BOP may place a Defendant into RRC/Halfway House up to twelve months prior to his release date if it is determined that placement in a Halfway House is of "sufficient duration to provide the greatest likelihood of successful reintegration into the coummunity."

4. The criteria that the Bureau of Prisons is to consider in assessing an individual applicants eligibility for up to twelve months of RRC/Halfway House are: any statement made by the court concerning the purposes warranted a

sentence to imprisonment and recommending the type of correctional facility that would be appropriate. 18 U.S.C. §3621(b)(4)(A), (B). **(See Exhibit A - Granted 12 months RRC motions).** An RRC/Halfway House is a correctional facility with **superior transitional programs** to help inmates rebuild their ties to the community.

5. Title 18 United States Code Section 3582(c) provides that a "court may not modify a term of imprisonment once it has been imposed except" in very limited circumstances. Mr. Nguyen is not asking the court to modify his sentence. He is asking the court to simply change the place of incarceration of the remainder of his sentence per the Second Chance Act, a Federal Law.

6. Mr. Nguyen is currently housed in the Medium Security Federal Correctional Institution ("FCI") in Florence, Colorado. His release date is November 7, 2024 and an RRC placement will not affect this.

7. According to Federal Bureau of Prisons Memorandum from Chief Executive Officer, dated June 24, 2010, extended Pre-Release RRC/Halfway House time decisions "are of focus on RRC placement as a mechanism to reduce recidivism." Mr. Nguyen's record attest to his need for such comprehensive institutional rehabilitation.

8. Mr. Nguyen is 31 years old. He is young enough to be reformed and rejoin law-abiding society with all the help available from prolonged placement at a Federal Halfway House.

9. Mr. Nguyen's employment history has been exceptional. However, employment prospects are not promising without the retraining assistance at a Federal RRC.

10. The purpose of the SCA of 2007 is to improve the reintegration of offenders back into their respective communities and to reduce recidivism. While ultimately left to the discretion of the BOP, RRC/Halfway House placement must be:

(A) conducted in a manner consistent with section 3621(b) of this title;

(B) determined on an individual basis; and

(C) of sufficient duration to provide the greatest likelihood of successful reintegration into the community, 18 U.S.C. §3624(c((1)-(2).

11. In addition, Mr. Nguyen has participated in the following BOP programs in an attempt to prepare for his release and aid in his rehabilitation:

a. Internet/Food Management Lifeskill
b. Career Employment
c. 7 Habits of Highly Effective People
d. Hospitality Education & Retailing
e. Certified Logistic Technician
f. Renewable and Wind Energy
g. Energy/Solar Photovaltaic
h. Commercial Driving License
i. Flagging
j. Keyboarding

Furthermore, Mr. Nguyen has been programming since the start of his incarceration (See Exhibit B - Inmate Education Data Transcript).

12. A recommendation that Mr. Nguyen be placed for 12 months at an RRC/Halfway House would be consistent with the reintegration principles of the SCA and would allow Mr. Nguyen to better address the underlying impetus that leads to commission of his past and instant offense.

13. A recommendation that Mr. Nguyen be afforded RRC/Halfway House placement time of 12 months would maintain the integrity of the disposition while still preserving the punitive aspect of his sentence and would allow Mr. Nguyen the opportunity to address and correct his elevated risk of recidivism by the nature of his past and instant offense. He will remain under the control of the BOP while in the supervised environment of the RRC as the law requires.

14. Mr. Nguyen expressed exceptional remorse and contrition regarding his commission of his offense.

15. The Attorney General of the United States and the Inspector General of the BOP have noted in reports and public statements that the BOP is under utilizing various programs available, such as RCC/Halfway House, and even such deserving inmates as Mr. Nguyen are frequently denied extended placement.

16. It should also be noted that generous RRC/Halfway House placement drastically reduces the cost of traditional incarceration.

WHEREFORE NOW, above premises considered, Mr. Nguyen respectfully requests that this Honorable Court GRANT his motion and all relief requested herein, issuing a judicial recommendation to the BOP that Defendant be granted the maximum placement time of 12 months Halfway House reflecting the same and granting all other relief requested by Law, Liberty, and Equity.

Respectfully submitted on this day _3_ of _February_, 20_21_.

_/s/ Sinh Vinh Ngo Nguyen_
Sinh Vinh Ngo Nguyen, #66864-112
Federal Correctional Institution
Post Office Box 6000
Florence, Colorado 81226-6000

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a copy of this pleading upon the Clerk of the Court, via U.S. Mail, properly addressed, First-Class Postage prepaid. The undersigned further requests that a copy of this pleading be forwarded to all parties, via the CM/ECF System, as he is indigent, detained, and has no other means.

Respectfully submitted on this day 3 of February, 2021.

_____
Sinh Vinh Ngo Nguyen, #66864-112

EXHIBIT A

---

**UNITED STATES OF AMERICA, Plaintiff, v. JOHN TURNQUIST, Defendant.**
**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**
2018 U.S. Dist. LEXIS 98614
No. 1:12-cr-000173 AWI
May 31, 2018, Decided
May 31, 2018, Filed

---

**Editorial Information: Subsequent History**

Writ of habeas corpus denied Turnquist v. United States, 2019 U.S. Dist. LEXIS 41857 (E.D. Cal., Mar. 14, 2019)

**Counsel** {2018 U.S. Dist. LEXIS 1}John Turnquist, Defendant, Pro se, HERLONG, CA.

For John Turnquist, Defendant: Robert Conrad Lamanuzzi, LEAD ATTORNEY, Law Offices of Robert C Lamanuzzi, Fresno, CA USA.

For U.S.A.: Melanie Leigh Alsworth, GOVT, LEAD ATTORNEY, Fresno Forfeiture Unit, United States Attorney's Office, Fresno, CA USA; Kathleen Anne Servatius, United States Attorney Fresno Office, Fresno, CA USA; Mia Anne Giacomazzi, U S Attorneys Office, Fresno, CA USA.

**Judges:** Anthony W. Ishii, Senior United States District Judge.

Opinion

**Opinion by:** Anthony W. Ishii

Opinion

---

**ORDER REGARDING DEFENDANT'S PRO SE MOTION FOR A JUDICAL RECOMMENDATION FOR PLACEMENT IN A RESIDENTIAL RE-ENTRY CENTER (RRC)/HALFWAY HOUSE**

On March 30, 2018, Defendant, John Turnquist ("Turnquist") filed his pro se motion "requesting a judicial recommendation concerning length of RRC/Halfway House placement". The undersigned personally received a copy of his motion on May 30, 2018. In his motion, Turnquist respectfully moves the court "to recommend that the Bureau of Prisons ("BOP") afford him a Residential Re-Entry Center ("RRC)/Halfway House placement time of twelve (12) months preceding the end of his sentence".

In support of his motion, Turnquist states as follows:

> 1. That on March 30, 2015,{2018 U.S. Dist. LEXIS 2} this court sentenced him to a term of one hundred and twenty (120) months imprisonment followed by a term of four (4) years of supervised release.
>
> 2. That pursuant to the Second Chance Act of 2007 ("SCA") the BOP may place a Defendant into an RRC/Halfway House up to twelve (12) months prior to his release date if it is determined that his placement in an RRC/Halfway House for such period would be of "sufficient duration to provide the greatest likelihood of successful reintegration into the community."

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

66864112

EXHIBIT A

3. That the criteria that the BOP is to consider in assessing an individual applicant's eligibility for up to twelve (12) months of RRC/Halfway House placement includes: any statements made by the Court concerning the purposes that warranted a sentence to imprisonment and recommending the type of correctional facility that would be appropriate. 18 U.S.C. 3621(b)(4)(A), (B). An RRC/Halfway House is a correctional facility with superior transitional programs to help inmates rebuild their ties to the community and to their family. Any recommendation by the Court is non-binding on the BOP and is purely advisory.

4. That **Turnquist** is currently housed at the Federal Correctional Institution Herlong, CA. His release date{2018 U.S. Dist. LEXIS 3} is February 28, 2020, and a recommendation for RRC/Halfway House placement of 12 months will not affect this release date.

5. That Title 18, United States Code, section 3582(c) provides that a "court may not modify a term of imprisonment once it has been imposed except in very limited circumstances," and he is not asking the court to modify his sentence. He is asking the court to simply recommend changing the place of incarceration of the sentence per the Second Chance Act.

6. That he is 36 years old, is mature and has availed himself of every opportunity available to him at FPC Sheridan to be reformed and to rejoin law abiding society with the help of a judicial recommendation at an RRC/Halfway House in his community.

7. That according to the BOP's *Revised Guidance for Residential Reentry Center(RRC) Placements*, RRC/Halfway House time decisions "are to focus on RRC placement as a mechanism to reduce recidivism." **Turnquist** states that his record of prior addiction and addictive behavior, the nature of his offense and his strained family relationships certainly attest to his need for such comprehensive and community based rehabilitation.

8. This his primary emotional support for successfully reintegrating into the community{2018 U.S. Dist. LEXIS 4} and avoiding relapse into drug addiction will unquestionably come from his family, and that an RRC/Halfway House placement will afford a strong opportunity for his family to reunify and to offer full support to his reintegration.

9. That his employment history has been severely restricted by his incarceration, and that a new career path will allow him to again become the sole provider for his family, thus allowing them to break the dependency on public assistance. Placement in an RRC/Halfway House will allow him to seek full time employment for supporting his family and their health and well-being.

10. That rehabilitative programming during his incarceration has been limited, and what programs are available have already been completed by him. Placement in an RRC/Halfway House would allow far more rehabilitative programs and opportunities for him to address and correct his elevated risk of recidivism.

11. That a substantial concern for him is the melanoma cancer and resulting 6 surgeries that his wife has undergone. Placement in an RRC/Halfway House will allow him to begin to take the first steps to provide for his family's well-being and needs.

12. That his past use of drugs has been detrimental{2018 U.S. Dist. LEXIS 5} to him and has affected all areas of his life. **Turnquist** states that he would greatly benefit from community based drug addiction aftercare in an RRC/Halfway House. **Turnquist** states that he has graduated from the BOP's Residential Drug Abuse Program (RDAP) where he was honored with awards for his participation.

13. That he expressed exceptional remorse and contrition regarding his commission of his

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

EXHIBIT A

offense and he accepted responsibility. **Turnquist** states that he has participated in multiple parenting courses and has taken many self-improvement courses, and multiple vocational training (VT) courses. **Turnquist** further states that he has demonstrated a remarkable leadership role by teaching other inmates positive life and career skills such a barbering, demonstrating that he is accepting responsibility and becoming a positive contributor to a law abiding society.

In addition to the above information provided by **Turnquist** in support of his motion, he has also provided the court with relevant supporting documentation.

Based upon this supporting information and documentation, the court is inclined to grant Turnquist's motion and to recommend to the BOP that he be placed in an RRC/Halfway House{**2018 U.S. Dist. LEXIS 6**} for a period of 12 months preceding the end of his sentence. However, the court emphasizes that this is merely a recommendation to the BOP based solely on the content of Turnquist's motion. The court has conducted no independent investigation nor has the court sought or received comment from the BOP, the United States Attorney, the court's own Probation Office or any other source. The court recognizes that any determination of Turnquist's placement in an RRC/Halfway House will be independently done by the BOP pursuant to applicable law, policy and its own information and investigation of this matter.

THEREFORE, the Court recommends to the Bureau of Prisons that **Turnquist** be placed in an RRC/Halfway House for a period of 12 months preceding the end of his sentence in this case.

IT IS SO ORDERED.

Dated: May 31, 2018

/s/ Anthony W. Ishii

Anthony W. Ishii

Senior United States District Judge

© 2020 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

66864112

```
FLFCR            *        INMATE EDUCATION DATA      *    02-03-2021
PAGE 001 OF 001  *           TRANSCRIPT              *    07:02:46

REGISTER NO: 66864-112    NAME..: NGUYEN               FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: FLF-FLORENCE FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME  STOP DATE/TIME
FLF  ESL HAS    ENGLISH PROFICIENT       08-11-2014 0001  CURRENT
FLF  GED HAS    COMPLETED GED OR HS DIPLOMA 08-11-2014 0001  CURRENT

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
FLF       LOGISTICS 2 CLT PM TUES12-3PM  06-17-2020  CURRENT
FLF       MUSIC APPRECIATION SELF STUDY  12-07-2020  12-20-2020  P   C  P    6
FLF       LOGISTICS 1 CLA AM TUES12-3PM  03-03-2020  06-16-2020  P   C  P   35
FLF       7 HABITS CLASS                 02-07-2019  04-23-2019  P   C  P   20
FLF       RECREATION BOSU BALL           07-09-2018  09-20-2018  P   C  P   32
LVN       H.E.A.R.T. KCKCC-12-3PM        10-05-2017  02-02-2018  P   C  C  180
LVN       CAREER EMPLOYMENT              10-05-2017  11-09-2017  P   C  P   40
LVN       THE ART OF STORY TELL PART 1   07-24-2017  08-15-2017  P   C  P    3
LVN       MASTERS OF WAR                 07-24-2017  08-15-2017  P   C  P    3
LVN       OPTIMIZING BRAIN FITNESS       07-24-2017  08-15-2017  P   C  P    3
LVN       BARBARIAN EMPIRE OF THE STEPPE 07-24-2017  08-15-2017  P   C  P    3
FLF       RECREATION GUITAR ENG VAR TIME 04-03-2017  06-09-2017  P   C  P   20
FLF       ACE BASIC SPANISH SAT 1-3PM    06-13-2016  08-20-2016  P   C  P   20
FLF       OT WIND ENERGY                 01-19-2016  03-30-2016  P   C  C   36
FLF       ENERGY/SOLAR MON-FRI 6-8 PM    04-04-2016  06-08-2016  P   C  C   36
FLF       OT RENEWABLE ENERGY/M-R 6-8PM  03-30-2016  06-01-2016  P   C  C   36
FLF       INTERMEDIATE DRAWING 0800      04-03-2016  06-11-2016  P   C  P   20
FLF       CARDIO FITNESS M-TH 1100-1230  03-14-2016  05-06-2016  P   C  P   32
FLF       BEGINNING DRAWING 0800         01-10-2016  03-19-2016  P   C  P   20
FLF       INTER CALISTH 0615             09-21-2015  11-12-2015  P   C  P   32
FLF       PSYCHOLOGY 101 SAT 1-3         09-14-2015  11-14-2015  P   C  P   20
FLF       GEOMETRY                       09-14-2015  11-04-2015  P   C  P   18
FLF       INTERNET/FOOD MNG/FIN/LIFESKIL 04-14-2015  06-13-2015  P   C  P   20
FLF       SPINNING 0615                  03-23-2015  05-14-2015  P   C  P   32
FLF       SOFT LEATHER CRAFTING 0800     12-12-2014  02-20-2015  P   C  P   20
FLF       ACE KEYBOARDING                11-17-2014  02-14-2015  P   C  P   20
FLF       BASIC ANAT & PHYS              11-17-2014  02-14-2015  P   C  P   20
FLF       ACE FLAGGING                   11-17-2014  02-12-2015  P   C  P   20
FLF       COMM DRVR LICENSE              11-17-2014  01-26-2015  P   C  P   20
FLF       PLYOMETRICS 0615               10-14-2014  12-04-2014  P   C  P   32




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```



SINH VINH NGO NGUYEN  VNA
#60564-112
FCI FLORENCE
P.O. BOX 6000
FLORENCE, CO 81226-6000

DENVER CO 802
5 FEB 2021 PM 3 L

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB - 9 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CLERK OF COURT
312 N. Spring Street
LOS ANGELOS, CA 90012

*LEGAL MAIL*